**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MIGUEL F.,

                Plaintiff,                      23 **CIVIL** 4472 (GRJ)

     -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated May 13, 2024, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 17) is DENIED, and this case is DISMISSED. Final judgment is entered in favor of the Commissioner.

**Dated:** New York, New York
        May 14, 2024

                                                                 **RUBY J. KRAJICK**
                                                                     **Clerk of Court**

                                    **BY:**        K. Mango

                                                                       **Deputy Clerk**